**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Lori S. Yokoyama, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 C 15304 |
| | ) | Judge Matthew Kennelly |
| United States of America, | ) | Magistrate Judge Heather K. McShain |
| Defendant. | ) | |

**JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL, WITHOUT
PREJUDICE**

Plaintiff, Lori S. Yokoyama and Defendant, United States of America, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**1. Procedural Posture**

Plaintiff filed this action asserting claims arising from alleged misconduct by Jennifer I. Peyton. The United States has been substituted as Defendant pursuant to 28 U.S.C. § 2679(d).

**2. Basis for Dismissal**

The parties agree that, at the time her action was filed, Plaintiff had not yet presented an administrative tort claim to the appropriate federal agency as required by 28 U.S.C. § 2675(a).

**3. Dismissal Without Prejudice**

The parties jointly request that the Court dismiss this action, **without prejudice,** for failure to exhaust administrative remedies under the Federal Tort Claims Act.

**4. No Adjudication on the Merits**

The parties agree, and the Court orders, that this dismissal is procedural in nature and **does not constitute an adjudication on the merits** of any claim or defense.

**5. No Waiver of Rights or Defenses**

The parties further agree that this stipulation and dismissal shall not constitute, and shall not be construed as:

- a concession by Plaintiff that any Defendant acted within the scope of employment;
- a concession that substitution of the United States was proper as to any or all claims;
- a concession regarding the applicability of the FTCA to any claim;

- a concession regarding timeliness, presentment, or jurisdiction; or
- a waiver of any claim, defense, or argument that may be asserted in any future administrative claim or civil action.

**6. Preservation of Rights**

All rights, claims, defenses, and arguments of all parties are expressly preserved.

**PROPOSED ORDER**

This matter coming before the Court on the parties' Stipulation for Dismissal Without Prejudice;

IT IS HEREBY ORDERED:

1. This action is **dismissed without prejudice**.
2. This dismissal is **procedural only** and does not constitute an adjudication on the merits of any claim or defense.
3. This Order does not constitute, and shall not be construed as, a determination regarding:
   - scope of employment;
   - substitution of the United States;
   - the applicability of the Federal Tort Claims Act;
   - timeliness or administrative presentment; or
   - any jurisdictional or merits-based issue.
4. All rights, claims, and defenses of all parties are **expressly preserved**.

 

_____

Hon. Matthew F. Kennelly
United States District Judge

Dated: _____, 2026

**Respectfully submitted,**

/s/ Lori S. Yokoyama
Lori S. Yokoyama
4800 S. Greenwood Avenue
Chicago, Illinois 60615
(312) 315-8049
lscylaw@gmail.com
ARDC No. 3127847

s/ Thomas Walsh
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5312
thomas.walsh2@usdoj.gov