**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Lori S. Yokoyama, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 C 15304 |
| | ) | Judge Matthew Kennelly |
| United States of America, | ) | Magistrate Judge Heather K. McShain |
| Defendant. | ) | |

**PROPOSED ORDER**

This matter coming before the Court on the parties' Stipulation for Dismissal Without Prejudice;

IT IS HEREBY ORDERED:

1. This action is **dismissed without prejudice**.
2. This dismissal is **procedural only** and does not constitute an adjudication on the merits of any claim or defense.
3. This Order does not constitute, and shall not be construed as, a determination regarding:
   o scope of employment;
   o substitution of the United States;
   o the applicability of the Federal Tort Claims Act;
   o timeliness or administrative presentment; or
   o any jurisdictional or merits-based issue.
4. All rights, claims, and defenses of all parties are **expressly preserved**.

_____
Hon. Matthew F. Kennelly
United States District Judge

Dated: _____, 2026